UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY JAMES LANE,

   Petitioner,

v.                             Case No. 5:22cv189-TKW-MAL

WARDEN PIESTRO,
FCI MARIANNA,

   Respondent.

_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to comply with court orders and failure to prosecute. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without

prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 13th day of January, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**